IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:08CR438 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| TALANDA N. PENN, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's unopposed motion to continue sentencing (Filing No. 116).

The Defendant is on release. As long as the Defendant complies with her release conditions, the Court will consider allowing her to self surrender at a time to be determined at sentencing.

IT IS ORDERED that the Defendant's motion to continue sentencing (Filing No. 116) is denied.

DATED this 2nd day of June, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge